# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>*Plaintiff/Relator*,<br><br>v.<br><br>CHINA JUSHI USA CORPORATION,<br><br>*Defendant.* | Case No. 3:25-cv-01255-SAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Verity Investigations, LLC ("Relator"), by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed without prejudice as to Relator and the United States of America against China Jushi USA Corporation, ("China Jushi"). China Jushi has not answered or moved for summary judgment.

Dated: April 10, 2025

Respectfully submitted,

*s/ Beth B. Richardson*
Beth B. Richardson, Fed. ID No. 9335
PO Box 11449
Columbia, SC 29211
Telephone: 803.231.7819
Facsimile: 803-929-0300
brichardson@robinsongray.com

Stephen Shackelford, Jr.
Steven M. Shepard
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor

New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*